986

UNITED STATES of America,
Plaintiff–Appellee

v.

Audomar GARCIA–GUERRERO
also known as, Jose Esquivel,
Defendant–Appellant.

No. 04–51389.

United States Court of Appeals,
Fifth Circuit.

Decided May 20, 2005.

Joseph H. Gay, Jr., Assistant U.S. Attorney, San Antonio, TX, for Plaintiff–Appellee.

Donna F. Coltharp, San Antonio, TX, for Defendant–Appellant.

Before GARZA, DeMOSS, and CLEMENT, Circuit Judges.

PER CURIAM: *

IT IS ORDERED that the Appellees unopposed motion to vacate the sentence is **GRANTED.**

IT IS FURTHER ORDERED that the Appellees unopposed motion to remand to District Court for resentencing in light of the Supreme Courts opinion in Booker and this Courts opinion in Mares is **GRANTED.**

IT IS FURTHER ORDERED that the Appellees unopposed alternative motion to extend time to file the Appellees brief until fourteen (14) days from the Courts denial

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

of the Appellees motion to vacate and remand is **MOOT.**

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.